

RECEIVED

JUN 14 2021

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERCA | * MAGISTRATE NO. 5:21-mj-00092-01 |
| | * 18 922 (n) |
| VERSUS | * |
| | * |
| QUINTERRIUS BROWN | * MAGISTRATE JUDGE HORNSBY |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Before me, the undersigned authority personally came and appeared Corporal Stacy Coleman with the Shreveport Police Department, who, after being duly sworn, stated the following information which he acknowledges as true to the best of his knowledge and belief:

1. Your affiant, Stacy Coleman is employed by the Shreveport Police Department since July, 2008, and has been assigned to the Bureau of Alcohol, Tobacco, Firearms, and Explosives as a Task Force Officer (TFO). TFO Coleman has been assigned to the ATF Task Force since June, 2018. Prior to being assigned to the Bureau of Alcohol, Tobacco, Firearms, and Explosives, TFO Coleman worked on Shreveport Police Department's Narcotic Task Force from August 2012 to December 2018.

2. Your affiant, TFO Coleman has been involved in multiple firearm and narcotic cases related to methamphetamine, crack cocaine, marijuana, ect. Your affiant has been trained in physical surveillance, on how to properly serve search and

arrest warrants, interviewing subjects, working with confidential sources, and long-term narcotics investigations. Your affiant has assisted other agents with court room proceedings regarding criminal narcotics complaints and has testified in open court.

3.    Based on my aforementioned training and experience, I know that it is unlawful for any person under a Bill of Information or Indictment not to acquire any new firearms.

4.    On May 22nd, 2020, a Bill of Information was filed in Caddo Parish District Court charging Quinterrius BROWN with one count of Attempted 1st Degree Murder. On July 14th, 2020 BROWN was presented in court with counsel for his arraignment.

5.    On November 18th, 2020, BROWN was indicted in Caddo Parish for one count 2nd Degree Murder. On January 20th, 2021 BROWN present with counsel, BROWN was formerly arraigned on the charge.

6.    On November 18th, 2020, BROWN was indicted in Caddo Parish on two counts of Aggravated Criminal Damage to Property. On January 20th, 2021, BROWN present with counsel, BROWN was formerly arraigned on the charges.

7.    On June 12th, 2021, members of the Shreveport Police Department, Agent Steve McKenna, Agent Corley Lovett, Agent Joel Davidson, and Agent Daniel Robalo received intelligence that Quinterrius BROWN was posting videos on social media via Instagram, in which he displayed a firearm. Shreveport Police Department then gathered information of BROWN's location, and they travelled to Greenwood

Terrace Apartments, 4219 Luciana Circle, Shreveport, LA. Members of the Shreveport Police Department then conducted surveillance, and they witnessed BROWN enter a red Mercedes Benz sedan. Agents continued surveillance of BROWN to 4431 North Fairway Drive. BROWN's girlfriend, Cartera Hamilton, then entered the residence at 4431 North Fairway Drive. As Agents approached BROWN outside of the residence, he hurriedly ran inside of the residence. Agents followed BROWN into the garage area of the house up to a cracked door into the main body of the house. Agents then identified themselves, and BROWN exited the residence, and he was taken into custody. BROWN was provided his rights per Miranda. BROWN admitted that when he ran inside of the residence, he placed a firearm under a mattress inside of a bedroom. BROWN admitted to purchasing a firearm off the streets approximately two weeks prior for $450. The firearm was described as a Glock pistol, model: 22C, caliber: .40, serial number: BDR455. Agents obtained a state search warrant to retrieve the firearm from the residence. The firearm was loaded with approximately sixteen rounds of ammunition.

    The Glock firearm was manufactured by Glock GmbH in Austria and imported by Glock into Georgia. It is considered a firearm as defined by Title 18 U.S.C 921 (a)(3). It traveled in or affected interstate commerce as define by Title 18 U.S.C. 921 (a)(2).

5. Based on the facts set forth in this Affidavit, I believe there is probable cause that Quinterrius BROWN is in violation of Title 18, United States Code, Section 922 (n).

_____
ATF TFO Stacy Coleman

SUBSCRIBED TO BEFORE ME ON THIS 14th DAY OF June, 2021 in Shreveport, Louisiana.

_____
Mark L. Hornsby
United States Magistrate Judge
Western District of Louisiana